OPINION — AG — OPINION NO. 79-333 DOES NOT EXTEND BEYOND 47 O.S. 1976 Supp., 7-601 [47-7-601], TO INCLUDE COMPREHENSIVE AND COLLISION COVERAGE ON A PERSON OWN CAR. (REQUIRES EVERY OWNER OF A MOTOR VEHICLE REGISTERED IN THE STATE OF OKLAHOMA, OTHER THAN A LICENSED USED CAR DEALER, TO MAINTAIN IN FORCE WITH RESPECT TO SUCH VEHICLE: ". . . SECURITY FOR THE PAYMENT OF LOSS RESULTING FROM THE LIABILITY IMPOSED BY LAW") (FINANCIAL RESPONSIBILITY ACT) (JOHN PAUL JOHNSON)